AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

Middle District of Florida

United States of America
v.
Percy Bryant

*Defendant(s)*

Case No. 8:26-MJ-1320-AEP

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of March 2025 - February 2026 in the county of Hillsborough in the Middle District of Florida, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 2261A | Stalking |

This criminal complaint is based on these facts:

See attached affidavit.

☑ Continued on the attached sheet.

*Complainant's signature*

Special Agent Adam Godfrey, FBI

*Printed name and title*

Sworn to before me over the telephone or other reliable electronic means and signed by me pursuant to Fed. R. Crim. P. 4.1 and 4(d).

Date: 2/16/26

*Judge's signature*

City and state: Tampa, FL

Anthony E. Porcelli, United States Magistrate Judge

*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Adam Godfrey, having been duly sworn, hereby depose and state:

## INTRODUCTION AND AGENT BACKGROUND

1. I am a Special Agent with the Federal Bureau of Investigation, and have been since March 2012. In my capacity as an FBI Special Agent, I have investigated various crimes, including crimes involving international terrorism, racially or ethnically motivated violent extremism, complex financial crimes, and transmission of interstate threats to injure, interstate stalking, and crimes involving illegal possession of firearms. I received training in obtaining probable cause, surveillance techniques, the interviewing of subjects and witnesses, and the planning and execution of arrest, search, and seizure warrants.

2. I submit this affidavit in support of a criminal complaint charging Percy Bryant ("**BRYANT**"), a United States citizen currently residing in Clarksdale, Mississippi, with violating 18 U.S.C. § 2261A (stalking).

3. Because this affidavit is submitted for the limited purpose of establishing probable cause for the issuance of a criminal complaint, I have not set forth each and every fact that I learned as a result of this investigation. Rather, I have set forth only those facts that I believe are necessary to establish probable cause that a violation of federal law has been committed. Unless otherwise noted, all statements of other persons described in this affidavit are set forth in substance and in part, rather than verbatim.

## STATUTORY AUTHORITY

4. Title 18 U.S.C. § 2261A stalking provides that:

> with the intent to kill, injure, harass, intimidate, or place under surveillance with intent to kill, injure, harass, or intimidate another person, uses the mail, any interactive computer service or electronic communication service or electronic communication system of interstate commerce, or any other facility of interstate or foreign commerce to engage in a course of conduct that—
>
> (A) places that person in reasonable fear of the death of or serious bodily injury to a person, a pet, a service animal, an emotional support animal, or a horse described in clause (i), (ii), (iii), or (iv) of paragraph (1)(A); or
>
> (B) causes, attempts to cause, or would be reasonably expected to cause substantial emotional distress to a person described in clause (i), (ii), or (iii) of paragraph (1)(A),

## PROBABLE CAUSE

5. Percy **BRYANT** currently lives in Clarksdale, Mississippi. For several years, **BRYANT** and the Victim, who resides in the Middle District of Florida, were in a romantic relationship.

6. On March 25, 2025, the Facebook profile "Percy Bryant" sent the following Facebook message to the Victim's child:

> A look I'm going to kill the fuck out of your mom…not going to let anyone run over me I'll kill the bitch b4 I let that happen.

7. As part of the investigation, federal agents reviewed photographs associated with the "Percy Bryant" Facebook account, as well as photographs associated with **BRYANT's** Mississippi driver's license, which are depicted below:

| **Profile Photograph Associated with Percy Bryant Facebook Account** | **Percy Bryant's Mississippi Driver's License Photograph** |
|---|---|
|  |  |

8. On October 13, 2025, at 16:40:18 Coordinated Universal Time (UTC), the email account melm65109@gmail.com, sent a message to the Victim stating: "And you still gone die bitch ima catch your hoe ass".

9. Subscriber information obtained from Google revealed the following was associated with the email account melm65109@gmail.com:

Name: Mel Mel
IP Address Utilized at 16:40:18 Coordinated Universal Time (UTC): 2607:fb90:d11d:c684:bcb3:d5ea:7993:ffd3
Device IMEI: IMEI 350776867108988 (hereinafter, "IMEI 8988")

10. Subscriber information obtained from T-Mobile revealed that the IP address 2607:fb90:d11d:c684:bcb3:d5ea:7993:ffd3 is associated with "Orlando Simon" at the address in Clarksdale, Mississippi. As explained in more detail below, as part of the investigation, the Victim was interviewed by federal

agents. During the interview, the Victim explained that Orlando Simon is **PERCY's** good friend and **PERCY** was believed to be living with Simon in October 2025.

11. Subscriber information obtained from Google revealed the Android device IMEI 8988, referenced in paragraph 9, is associated with the email address bryantpercy957@gmail.com.

12. Subscriber information obtained from Google revealed that the following subscriber information for the email address bryantpercy957@gmail.com revealed the following:

**Name**: Percy Bryant
**Creation Date**: March 16, 2025

13. Additionally, during the Victim's interview with federal agents, the Victim confirmed that she has previously communicated with **BRYANT** using the address bryantpercy957@gmail.com. The Victim provided the below screenshot:




14. Subscriber information obtained from Google revealed the Android device IMEI 8988 revealed that in addition to the bryantpercy957@gmail.com email, the following email addresses were also associated with that device:

a. jb7576020@gmail.com

b. hotg3405@gmail.com

c. gottig499@gmail.com

15. Further investigation revealed on October 19, 2025, the email account gottig499@gmail.com emailed the Victim stating "[s]ending someone to your house now it's not he police this time good luck I told you not to be disloyal to me".

16. On November 10, 2025, the email account hotg3405@gmail.com emailed the Victim's daughter stating "[y]o momma a dick sucking ass bitch who gone die very soon so get ready".

17. On December 23, 2025, the Victim also received a text message from a telephone number ending in 9008 stating "[o]n my way bitch ass nigga your time on this earth has expired". Subscriber information obtained from TextNow revealed the following:

**Name**: Jordan Brown
**Email**: jb7576020@gmail.com

18. On February 9, 2026, the Victim's daughter received an email from account dopedope271@gmail.com stating "I can't wait to kill that hoe ass slut bitch". Based off information provided by Google, the email address dopedope271@gmail.com is associated with Android IMEI 353953115687215 (hereinafter "IMEI 7215") and the bryantpercy957@gmail.com email is associated with both IMEI 7215 and IMEI 8988.

19. On February 12, 2026, the Victim's daughter received a text message from telephone number 662-966-8813 (hereinafter, "the 8813 Phone Number") stating "[y]o momma gone die in the next 72 hours watch this". On the same day,

the Victim received a text message from the same 8813 Phone Number stating "[b]itch you gone die nasty ass how (sic)".

20. The next day, on February 13, 2026, the Victim also received a voicemail from the 8813 Phone Number stating "[d]on't blame me for shit I do to you, real shit. You don't fucking love me, whatever I do to you, just accept that shit". The Victim recognized the voice on both voicemails as that of **BRYANT**.

21. Records obtained from Verizon Wireless relating to the 8813 Phone Number reveal that over six days, from February 8, 2026 to February 14, 2026, the 8813 Phone Number placed more than 600 phone calls to the Victim's cellular phone and at least eight calls to the Victim's work phone number.

22. In addition, during an interview with federal agents, the Victim revealed that she sometimes receives 80 calls in one day from unknown numbers that she believes to be **BRYANT**.

23. For months, the Victim has also received multiple voicemails from unknown telephone numbers. The Victim recognizes the voice in the voicemails as that of **BRYANT.** Some of the voicemails include the following threats:

a. "I'm gonna shoot you in your fucking head"

b. "bet you I kill you and blow your brains out"

c. "your life is in my hands from this point forward. Watch out"

d. "Got your address, everybody address. (Unintelligible) out of town before my people come get your ass"

e. "I'm finna kill you, ho. On God."

f. "Ima catch you and Ima blow your shit off."

24. The Victim explained that based on **BRYANT's** intimidating, harassing, and threatening communications, she is in fear of death or serious bodily injury.

25. Based on my training and experience, I know that persons engaged in stalking often use multiple phone numbers and email addresses to hide their true identity from their Victim. I also know that to hide their true identity, persons engaged in stalking often use fake names and addresses when registering these accounts.

26. Based on **BRYANT's** use of his personal Facebook account, (*i.e.*, Percy Bryant), the association of an email address using **BRYANT's** real name (*i.e.*, bryantpercy957@gmail.com) with the Android device IMEI 35077686710898, the association of all the email addresses used to threaten the Victim to the Android device IMEI 8988 or IMEI 7215, the IP address 2607:fb90:d11d:c684:bcb3:d5ea:7993:ffd3 resolving to Clarksdale, Mississippi where **BRYANT** was residing, and the Victim's identification of **BRYANT**, there is probable cause to believe the threatening and harassing messages set forth above were sent by **BRYANT**.

## CONCLUSION

27. I respectfully submit that probable cause exists to believe that Percy **BRYANT** committed the offense of stalking, in violation of Title 18 U.S.C. Section 2261A.

Adam Godfrey
Special Agent
Federal Bureau of Investigation

Affidavit submitted to me by reliable electronic means and attested to me as true and accurate by telephone or other reliable electronic means consistent with Fed. R. Crim. P. 4.1 and 4(d) before me this 17 day of February 2026.

HON. ANTHONY E. PORCELLI
United States Magistrate Judge